UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-01537-SHK | Date: | October 18, 2023 |
| Title: | *Elizabeth Ramos Herrera v. LBS Financial Credit Union, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER REQUIRING PROOFS OF SERVICE**

    On August 2, 2023, Plaintiff Elizabeth Ramos Herrera ("Plaintiff") filed a Complaint ("Complaint") in this Court.  Electronic Case Filing Number ("ECF No.") 1, Complaint.  The next day, the case was randomly assigned to Magistrate Judge Shashi H. Kewalramani under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 12-02 ("Assignment Order").  ECF No. 4.  On August 3, 2023, the Clerk of Court issued a 21-day summons for service of the Complaint.  ECF No. 5.  On October 16, 2023, Defendant LBS Financial Credit Union appeared in this action by filing an Answer.  ECF No. 8.

    In the Assignment Order, the parties were advised that their consent is required if a Magistrate Judge is to conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.  ECF No. 4, Assignment Order at 1.  The parties were further advised that they are free to withhold consent without adverse substantive consequences.  Id.  Further, if the parties agreed to the exercise of jurisdiction by the Magistrate Judge, the parties were instructed to jointly or separately file a statement of consent setting forth such election within 42 days after service of the summons and Complaint upon that defendant, and within 42 days by Plaintiff after service upon the first-served Defendant.

    As of the date of this order, all parties have not consented to the Magistrate Judge and the Court is unable to determine the deadline by which the parties have to file a statement of consent because Plaintiff has not filed proof of service of the Complaint on any Defendants.  As such, Plaintiff is ORDERED to file proofs of service for each Defendant by **October 30, 2023.**

    **IT IS SO ORDERED.**